UNITED STATES of America, Plaintiff-Appellee,

v.

Arnold SCHILDHAUS, Defendant-Appellant.

No. 325, Docket 28098.

United States Court of Appeals Second Circuit.

Argued April 16, 1963.

Decided May 2, 1963.

Arnold Schildhaus, Bronx, New York, pro se.

John Paul Reiner, Asst. U. S. Atty., So. Dist. of New York (Robert M. Morgenthau, U. S. Atty., So. District of New York, and Eugene R. Anderson, Asst. U. S. Atty., on the brief) for plaintiff-appellee.

Before SMITH, KAUFMAN and MARSHALL, Circuit Judges.

PER CURIAM.

Judge Edelstein's determination, in a careful and reasoned opinion, reported at 211 F.Supp. 924 (S.D.N.Y.1962), sub nom. United States v. Birngold Realty Co., that the appellant was liable to the United States as primary obligor on the first two notes and guarantor on the third, with notice thereon waived, is clearly correct and the judgment is affirmed.

UNITED STATES of America, Appellee,

v.

Dominick TUFARO, Defendant-Appellant.

No. 349, Docket 28010.

United States Court of Appeals Second Circuit.

Argued April 24, 1963.

Decided April 24, 1963.

Theodore Krieger, New York City (Albert J. Krieger, New York City, on the brief), for defendant-appellant.

Martin R. Gold, Asst. U. S. Atty., New York City (Robert M. Morgenthau, U. S. Atty., Southern District of New York, New York City, and Peter Emmet Fleming, Jr., Asst. U. S. Atty., New York City, on the brief), for appellee.

Before LUMBARD, Chief Judge, and SWAN and WATERMAN, Circuit Judges.

PER CURIAM.

We affirm in open court the judgment of the District Court for the Southern District of New York entered upon a jury verdict convicting the defendant of a violation of the narcotic laws and conspiracy so to do, 21 U.S.C. §§ 173 and 174.